# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                  **CASE NO. 2:22-CV-00068-BSM**

**$71,160 IN U.S. CURRENCY**                                                   **DEFENDANT**

**JENNIFER LENAIR**                                                           **CLAIMANT**

## JUDGMENT

Consistent with the order entered today, the $71,160 in U.S. currency is forfeited, and title is now vested in the United States. All prior claims are extinguished and void and the currency shall be disposed of according to law.

IT IS SO ORDERED this 27th day of June, 2025.

                                                                                               */s/ Brian S. Miller*
                                                                      UNITED STATES DISTRICT JUDGE